**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Victor O.R.A.,

Petitioner,

v.

Markwayne Mullen et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

**Civil File No. 26-3179 (MJD/LIB)**

Kimberly Woods Vanselow, Khanh Nguyen Law Office, Counsel for Petitioner.

David W. Fuller, Derek Ganzhorn, Assistant United States Attorneys, Counsel for Respondents.

On August 25, 2026, Respondents informed the Court that on August 21, 2026, Petitioner received a merits hearing in immigration court. [Doc. 9.] Petitioner was ordered removed and waived his right to appeal. [Doc. 9-1 at 4.] Accordingly, Petitioner's Petition for Writ of Habeas Corpus is now moot. On August 31, 2026, Respondents asked the Court's permission to move Petitioner outside the District for the purpose of executing Petitioner's Order of Removal. [Doc. 10.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. Respondents may move Petitioner outside the District of Minnesota for the purpose of executing Petitioner's Order of Removal; and

2. Petitioner Victor O.R.A.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 1, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court